In the Matter of MAX ENGLANDER, as Administrator of the Estate of BETTY ENGLANDER, Deceased, et al., Respondents, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, et al., Appellants.

Argued October 8, 1941; decided November 19, 1941.

584

*William C. Chanler, Corporation Counsel* (*Lewis Orgel* and *Julius Isaacs* of counsel), for appellants.

*Harold Krieger* for respondents.

Order affirmed, with costs; no opinion.

Concur: RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., LOUGHRAN and FINCH, JJ.